Case: 3:06-cv-00726-jcs   Document #: 2   Filed: 12/12/2006   Page 1 of 5

Document Number  Case Number
003              06-C-0726-S
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
12/13/2006 12:28:00 PM CST

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

2006 DEC 12 PM 12: 14

THERESA M. OWENS
CLERK US DIST COURT
WD OF WI

WISCONSIN ALUMNI RESEARCH
FOUNDATION
614 Walnut Street, 13th floor
Madison, WI 53726

                                   Plaintiff,

vs.                 Case No. 06 C 0726 S

                                   Jury Trial Demanded

ADVANCED MICRO DEVICES, INC.
One AMD Place
Sunnyvale, California 94088

                                   Defendant.

## COMPLAINT

Plaintiff, Wisconsin Alumni Research Foundation ("WARF") complains of defendant Advanced Micro Devices, Inc.("AMD") as follows:

### GENERAL ALLEGATIONS
### THE PARTIES

1.    WARF is the designated intellectual property management organization for the University of Wisconsin – Madison, having a principal place of business at 614 Walnut Street, 13th Floor, Madison, Wisconsin 53726.

2.    AMD is a Delaware corporation, having its principal place of business at One AMD Place, Sunnyvale, California 94088.

MW\1378499ERB:CSA 12/12/06

## THE PATENT IN SUIT

3. WARF is the owner of U.S. Patent No. 4,630,094 ("the '094 patent"). The '094 patent lawfully and properly issued on December 16, 1986 and is entitled "USE OF METALLIC GLASSES FOR FABRICATION OF STRUCTURES WITH SUBMICRON DIMENSIONS."

4. The named inventors on the '094 patent are John D. Wiley, the Chancellor of the University of Wisconsin-Madison, and John H. Perepezko, a Professor at the University of Wisconsin-Madison.

## THE ACCUSED PRODUCTS

5. The products at issue in this action include the Opteron integrated circuit ("IC") devices, developed by AMD, and may also include other AMD IC devices, including, *inter alia*, downstream products which include such devices.

## JURISDICTION AND VENUE

6. This is a Complaint for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code, giving this Court exclusive jurisdiction over the subject matter of this Complaint under 28 U.S.C. § 1338.

7. AMD and its customers sell and offer for sale such products in this Judicial District.

8. Upon information and belief, AMD also conducts other substantial and continuous business activities in this judicial district.

9. Venue is proper in this judicial district under 28 U.S.C. § 1391.

## COUNT I
## DIRECT PATENT INFRINGEMENT

10. WARF repeats and incorporates by reference the allegations set forth in paragraphs 1 through 9.

11. AMD has directly infringed the claims of the '094 patent through, among other activities, making, using, selling and/or offering for sale the Opteron integrated circuit devices, as well as products that incorporate such devices in the United States.

12. AMD's direct infringement of the '094 patent has injured WARF and entitles WARF to recover damages adequate to compensate it for such direct infringement, but in no event less than a reasonable royalty.

13. Upon information and belief, AMD's direct infringement of the '094 patent has been willful and deliberate, and has continued without a reasonable basis therefor.

## COUNT II
## INDUCED PATENT INFRINGEMENT

14. WARF repeats and incorporates by reference the allegations set forth in paragraphs 1 through 13.

15. AMD has induced its customers to infringe the claims of the '094 patent by supplying the accused IC devices to such customers with the intent that such customers incorporate such devices in downstream products for sale in the United States.

16. AMD's induced infringement of the '094 patent has injured WARF and entitles WARF to recover damages adequate to compensate it for such induced infringement, but in no event less than a reasonable royalty.

17. Upon information and belief, AMD's induced infringement of the '094

patent has been willful and deliberate, and has continued without a reasonable basis therefor.

WHEREFORE, WARF requests that the Court enter an order:

A. Requiring AMD to pay damages adequate to compensate WARF for its infringement of the '094 patent, together with prejudgment interest and costs, pursuant to 35 U.S.C. '284;

B. Requiring AMD to pay treble damages and attorneys' fees, pursuant to 35 U.S.C. §§ 284 and 285; and,

C. Granting WARF such other and additional relief against AMD as may be just and proper.

PLAINTIFF REQUESTS TRIAL BY JURY.

Dated this 12th day of December, 2006.

OF COUNSEL:

 

 

 

Rolf Stadheim
Joseph A. Grear
George C. Summerfield
Keith A. Vogt
Steven R. Pedersen
STADHEIM & GREAR LTD.
400 North Michigan Avenue
Suite 2200
Chicago, Illinois 60611-4102

_____
David G. Hanson
WI State Bar ID No. 1019486
Lynn M. Stathas
WI State Bar ID No. 1003695
Ellen R. Brostrom
WI State Bar ID No. 1043128
Reinhart, Boerner, Van Deuren
1000 North Water Street
P.O. Box 2965
Milwaukee, Wisconsin 53201-2965
414-298-1000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ALUMNI RESEARCH
FOUNDATION

           Plaintiff,

vs.                              Case No. _____
                                  Jury Trial Demanded

ADVANCED MICRO DEVICES, INC.

           Defendant.

## DEMAND FOR JURY TRIAL

Pursuant to Fed.R.Civ.P. 38(b), plaintiff demands a jury trial of all issues properly triable to a jury in this case.

OF COUNSEL:

                                           /s/ Lynn M. Stathas
                                           David G. Hanson
                                           WI State Bar ID No. 1019486
                                           Lynn M. Stathas

Rolf Stadheim                        WI State Bar ID No. 1003695
Joseph A. Grear                     Ellen R. Brostrom
George C. Summerfield       WI State Bar ID No. 1043128
Keith A. Vogt                         Reinhart, Boerner, Van Deuren
Steven R. Pedersen               1000 North Water Street
STADHEIM & GREAR LTD.     P.O. Box 2965
400 North Michigan Avenue    Milwaukee, Wisconsin 53201-2965
Suite 2200                             414-298-1000
Chicago, Illinois 60611-4102   Attorneys for Plaintiff
312-755-4400

MW\1378499ERB:CSA 12/12/06